UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TASHA R. HODGE,

        Plaintiff,

vs.                                              Civil Action No.:
                                                     1:24-CV-02375-MMG-GS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

      AND, NOW, this __24th__ day of June, 2024, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's brief is due July 29, 2024.  Defendant's responsive brief is due by September 27, 2024.  Plaintiff's reply, if any, is due October 11, 2024.

Dated: June 25, 2024                                                            _/s/ Gary Stein_
                                                                              GARY STEIN
                                                                              United States Magistrate Judge