UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TASHA R. HODGE,

        Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　Civil Action No.:
　　　　　　　　　　　　　　　　　　　　　1:24-CV-02375-MMG-GS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## ORDER

AND, NOW, this  15th  day of August, 2024, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is timely filed as of August 9, 2024. Defendant's responsive brief is due by October 8, 2024. Plaintiff's reply, if any, is due October 22, 2024.

Entered: August 15, 2024
       New York, New York

_____
Gary Stein
United States Magistate Judge
Southern District of New York